**FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW

321 NORTH CLARK STREET, SUITE 2800
CHICAGO, ILLINOIS 60654-5313
312.832.4500 TEL
312.832.4700 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
312.832.4583
jmgills@foley.com EMAIL

CLIENT/MATTER NUMBER
190058-1001

September 28, 2015

**Via ECF and U.S. Mail**

The Honorable Daniel E. O'Toole
Clerk of Court
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 Madison Place, NW
Washington, DC 20005

    Re:    ***The Procter & Gamble Company v. Conopco, Inc.***
            ***Case No. 15-1680 (Fed. Cir.)***

Dear Mr. O'Toole,

    The Proctor & Gamble Company has filed with the PTAB and this Court a Notice of Appeal concerning proceeding IPR2013-00505. I write on behalf of Appellee Conopco, Inc. d/b/a Unilever ("Unilever") to inform the Court that the parties have entered into a confidential settlement agreement whereby Unilever has agreed to end its participation in the present appeal. Thus, pursuant to that agreement, Unilever will not file a Responsive Brief, which is due October 13, 2015 (Dkt. No. 23).

                              Sincerely,

                              */s/ Jeanne M. Gills*

                              Jeanne M. Gills

cc:
Gregory A. Castanias
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

Calvin P. Griffith
David M. Maiorana
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114

BOSTON           JACKSONVILLE     MILWAUKEE        SAN DIEGO        TALLAHASSEE
BRUSSELS         LOS ANGELES      NEW YORK         SAN FRANCISCO    TAMPA
CHICAGO          MADISON          ORLANDO          SHANGHAI         TOKYO
DETROIT          MIAMI            SACRAMENTO       SILICON VALLEY   WASHINGTON, D.C.

4811-3759-6969



The Honorable Daniel E. O'Toole
September 28, 2015
Page 2


Steven W. Miller
PROCTER & GAMBLE COMPANY
Global Legal Department
299 East 6th Street
Cincinnati, Ohio  45202

Director of the United States Patent and Trademark Office
c/o Office of the General Counsel
Madison Building East, 10B20
600 Dulany Street
Alexandria, Virginia  22314-5793